United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUARA<br>Plaintiff,<br>v.<br>Ford Motor Company, et al.<br>Defendant. | Case No. 26-cv-03896-NW<br><br>**JUDGMENT**<br>Re: ECF No. 21 |

Pursuant to Federal Rule of Civil Procedure 68(a) and the accepted offer of judgment (ECF No. 19), the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant Ford Motor Company ("Ford"). Ford will pay to Plaintiff and Plaintiff's current counsel of record the sum of $2,000.00 (two-thousand dollars and zero cents). This amount is in compromise of Plaintiff's claims, and it may be more or less than Plaintiff would recover if Plaintiff's claims are tried in court. This is the total amount that Ford shall be obligated to pay on account of any liability claimed in this case. Ford will pay this amount within 90 days of Plaintiff's acceptance of Ford's offer. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Noël Wise
United States District Judge